UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO VIGIL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER,<br><br>　　　　　Defendant. | No.  2:19-cv-01832-JAM-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

In September 2019, Diego Vigil filed a Section 1983 suit against the County of Placer.  Compl., ECF No. 1.  Vigil alleges the County unlawfully took him into custody after he'd already served his sentence via electronic monitoring.  Compl. ¶¶ 9-13.  The County filed a motion to dismiss, arguing Vigil failed to allege the County had a custom, policy, or practice that gave rise to his unlawful imprisonment.[1]  Mot. to Dismiss, ECF No. 7.  Vigil did not oppose the motion.  See Reply by County re non-opposition, ECF No. 8.  The Court interprets Vigil's failure to

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was scheduled for May 19, 2020.

1

oppose the County's motion as acquiescence of its merit.  Cf. Galea v. Wells Fargo Bank, 388 F. Supp. 3d 1212, 1217 (E.D. Cal. 2019).  The Court further finds that the motion itself is meritorious and therefore grants the County's motion to dismiss.

## I.   ORDER

For the reasons set forth above, the Court GRANTS the County's motion and DISMISSES Vigil's motion WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  May 22, 2020

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2